UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § § | |
| versus | § § | Criminal H-08-761 |
| RICHARD FLETCHER | § | |

Order for Presentence Investigation and<br>Disclosure & Sentencing Dates

The defendant having been found guilty on count **ONE AND FIVE** a presentence report is ordered.

1. By May 8, 2009, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By May 22, 2009, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By June 10, 2009, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **June 23, 2009, at 9:00 a.m.**. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department<br>Room 2301, 515 Rusk Avenue, Houston<br>Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed on March 23, 2009, at Houston, Texas.

_____<br>LEE H. ROSENTHAL<br>UNITED STATES DISTRICT JUDGE

Copies:  United States Probation
         AUSA: Sam Louis
         Defense Counsel: John Nation
         Defendant is on bond.