UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| versus § | CRIMINAL NO. H-08-761 |
| § § § | |
| RICHARD FLETCHER § | |

### ORDER RESETTING SENTENCING

At the request of the Probation Office, the sentencing of the defendant is reset:

1. The presentence investigation report is to be disclosed by **December 15, 2009.**

2. Counsel will file objections or a statement of no objection within fourteen days after disclosure.

3. The sentencing hearing will be held on **January 21, 2010, at 9:00 a.m.**

SIGNED on October 13, 2009, at Houston, Texas.

                                       Lee H. Rosenthal
                                       United States District Judge

[Copy: U.S. Probation Officer-Shannon Yaege]